IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BARBARA J. COOK,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil Action No.
LEK/GHL
05-CV-1555

**STIPULATION OF REMAND**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: May 31, 2006

/s/ Jaya A. Shurtliff

Jaya A. Shurtliff, Esq.
Olinsky & Shurtliff, LLP
300 S. State St., 5th Fl.
Syracuse, NY 13202
  Attorney for Plaintiff

Dated: May 31, 2006

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By:  /S/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: JUNE 1, 2006
    Syracuse, New York

HON. GEORGE H. LOWE
U.S. MAGISTRATE JUDGE